**BRIAN H. BIEBER, ESQ.**
**GRAYROBINSON, P.A.**
**(Fla. Bar No.: 8140)**
**(Admitted Pro Hac Vice)**
333 S.E. 2nd Avenue
Suite 3200
Miami, Florida 33131
Telephone (305) 416-6880
Facsimile (305) 416-6887

Attorney for Defendant
CLORENZO GRIFFIN

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

    vs.

CLORENZO GRIFFIN,
        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 14-cr-00310 KJM

**STIPULATION AND ORDER**
**GRANTING DEFENDANT'S**
**PRIVATELY RETAINED**
**PSYCHIATRIST PERMISSION TO**
**EVALUATE DEFENDANT**

**JUDGE: HONORABLE KIMBERLY**
**J. MUELLER**

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Brian H. Bieber, Counsel for Defendant CLORENZO GRIFFIN, that Dr. Robin F. Lin (office address 372 Florin Road, PMB 316, Sacramento, California 95831), (telephone number 916-218-6318) shall be permitted to evaluate Defendant CLORENZO GRIFFIN at the Sacramento County Jail in accordance with the Jail's provisions for same.

DATED:    February 23, 2015

By:   s/ Brian H. Bieber        By:   s/Jason Hitt
      BRIAN H. BIEBER             JASON HITT
      Attorney for Defendant         Attorney for Plaintiff

1

## <u>ORDER</u>

2      **THIS CAUSE** having come on to be heard before me upon stipulation of the parties, and

the Court being otherwise fully advised in the premises, it is hereby

3      **ORDERED AND ADJUDGED** same is hereby **<u>GRANTED</u>**.  Dr. Robin F. Lin (office

4  address 372 Florin Road, PMB 316, Sacramento, California 95831), (telephone number 916-218-

5  6318) shall be permitted to evaluate Defendant Clorenzo Griffin at the Sacramento County Jail in

6  accordance with the Jail's provisions for same.

7      **DONE AND ORDERED** in chambers in the United States District Court, Eastern District

8  of California, this 26th day of February, 2015

9

10      _____

UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28