**FILED**

SEP 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0310 KJM |
| Plaintiff, | [PROPOSED] ORDER SEALING PLEA AGREEMENTS OF DEFENDANTS JAMISON AND RACKLEY |
| v. | |
| CLORENZO GRIFFIN, ANDRE JAMISON, and RODNEY RACKLEY, | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the plea agreements for defendants Andre JAMISON and Rodney RACKLEY and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated: 9/17/15

KIMBERLY J. MUELLER
United States District Judge