December 15, 2015

Dear Judge Mueller,

My name is Leslie Griffin and I am Clorenzo Griffin's wife of 12 years. I want to thank you in advance for taking the time to read this letter as I realize how valuable your time is. I'm not really sure where to begin so I'll start by telling you that our entire family, our friends, former colleagues, supervisors, professors, coaches, teammates and acquaintances are in utter disbelief by the circumstances surrounding Clorenzo's incarceration. While many of us noticed significant changes in his mood and behavior prior to October, 2014 none of us could have predicted that something like this would happen. I'd like to give you some background information before expressing the reason for my letter.

I met Clorenzo at the University of Minnesota in 1998. As I got to know more about who he was and where he came from, like so many others, I was amazed by his resilience. He never really talked much about his past other than to say that it was difficult at times. When I would ask questions about his history, he would quickly inform me that he was not interested in talking about it. I finally got more information in 2001 when the Sun-Sentinel, a newspaper in South Florida, ran an article about his life. I assumed that the story would open the door to further discussion, but surprisingly it did not. We were married in July, 2003 and lived together in South Florida for several years. Things were great for a while and we were able to successfully navigate the challenges of life. In 2005, I was diagnosed with polycystic ovarian syndrome and we went through several years of unsuccessful fertility treatment. That was a difficult time for us, but we managed to get through that as well. From 2008 until early 2011 things were okay. In September, 2011 I returned to Texas to finish work on my dissertation and that's when things took a turn for the worse. To make a long story short, by May, 2012 he wanted a divorce and was not responding to any of my phone calls or text messages. I knew something was wrong, but I was not sure what so I suggested we attend counseling. He agreed and was able to secure a temporary assignment (for about 3 weeks) at the Marshals' office in Dallas in early 2013. We attended counseling during that time and that's when I discovered that there were deeper issues than I ever could have imagined. When he returned to Florida he requested a permanent transfer and provided the documentation requested by his employer (a letter from the counselor, doctors, etc.), but was denied. We saw each other once a month for the next several months, but by June, 2013 he decided that he definitely wanted a divorce and was no longer interested in marriage counseling. The next 12 months were an absolute rollercoaster. There were 2 car crashes, lots of drinking, isolation, unanswered phone calls, flights back and forth, family meetings, etc., etc. At the time of his arrest, I had not verbally communicated with Clorenzo in about 3 weeks.

Needless to say, I was completely shocked and blindsided by the phone call I received the night of his arrest. While my heart was broken by the news, I was

relieved by the idea that he would finally receive the help that he so desperately needs! To my dismay, after several months of incarceration, I realized that he was not receiving very much help at all. At one point, I was so worried because I would not hear from him for several days. When I would finally talk to him, he would tell me that he was locked in his cell up to 4 days without ever being let out. I remember thinking to myself, "We don't even treat animals that cruelly." I contacted the jail to find out the policies and procedures regarding the treatment of inmates, but was unsuccessful in obtaining any information. After expressing my concerns to his attorney, we were able to secure an inmate handbook, but still no information on the facility's policies and procedures (as related to the treatment of inmates). Several weeks later, I received a phone call from Clorenzo stating that he was "not doing well." I asked him if he requested to see the psychiatric nurse and he told me that she became irritated when he expressed that he was, "not doing well." He told me that she yelled, "I don't know what to do with you!" and walked away. Shortly thereafter, I read a psychiatric assessment completed by one of the mental health professionals at the facility. In it, the evaluator reported that she, "did not believe" what he was saying at the time of the assessment. At that point, I was completely discouraged! On the advice of his attorney, we petitioned the court to allow an independent psychological evaluation. Approximately two month later, Clorenzo was evaluated by Dr. Rob Lynn and diagnosis with PTSD.

I am writing you with the heaviest of heart, on behalf of our entire family requesting that you would please allow him an opportunity to receive the therapeutic treatment that he so desperately needs as evidenced by Dr. Lynn's report. Thank you again for your time and attention. I am hopeful that you will seriously consider our request.

Sincerely,

Leslie Shuffin

# TENNYSON
### 3670 NW 32 STREET, LAUDERDALE LAKES, FL 33309
### 954-200-2926      PARKER067@COMCAST.NET

February 19, 2016

The Honorable Kimberly J. Mueller
United States District Judge
United States Courthouse
501 I Street
Sacramento, CA 95814

    Re: Clorenzo Griffin

Dear Honorable Judge Mueller:

    My name is Tony L. Tennyson and I am Clorenzo Griffin's father. I have worked for the Broward County Sheriff's Office for thirty-one. I come from a family of law enforcement, as my father was the first African American-Jewish deputy for the Broward County Sheriff's Office.

    Clorenzo was born out of wedlock from a one-night stand that resulted in his birth. As I became aware of his birth and the intent of taking possession and responsibility for him, my plans changed when his biological grandmother, Mammie Griffin, begged and pleaded for me to allow him to live with her. His mother and stepfather became drug addicts who later lost their lives to their addiction. During his mother's lifetime, he was exposed to unfavorable conditions that I was not fully aware of; Clorenzo would stay with me for a few days out of each month. I provided all of his needs; accept for my presence, which I deeply regret. I wish I had listened when my mother insisted that I raise my son instead of leaving him with Ms. Griffin. When Clorenzo was three, I married my wife, who also pleaded that I take full charge of Clorenzo. As a child, he was very athletic and played football from peewee football to graduating from the University of Minnesota; he was a Minnesota Gopher. After graduating college, he decided to become a police officer, following his family's footsteps. He made me very proud.

    I understanding that Clorenzo has pled guilty to and been convicted of a federal criminal offense. The reason he pleaded guilty is that I taught him to be truthful and honest. I learned that Clorenzo had re-associated himself with some of the people he grew up around; they came back into his life influencing him to make terrible decisions. Unfortunately, this lead to a horrible choice. After Clorenzo was incarcerated and during one of our telephone conversations, he told me that he deeply regrets ever coming back in contact with those people and that he is ashamed of his actions. He apologized to me, and I deeply regret not seeing the warning signs that was in front of me before the offense took place. Clorenzo has always been an outgoing life of the party and loved by all around him. Now, he feels the world is on his shoulders and that no one will ever love him again because of his mistake.

    Clorenzo and his family both deeply regret the mistake he made. His two mentally disabled brothers, three nieces, and nephew are all asking for him, have not seen him, and wants to know where he is. I respectfully request that Clorenzo is awarded probation, be allowed to move back home so that this family can, with GOD's help, begin the healing process.

# TENNYSON

3670 NW 32 STREET, LAUDERDALE LAKES, FL 33309
954-200-2926            PARKER067@COMCAST.NET

Respectfully submitted,

Tony Tennyson,
Clorenzo Griffin's Father

# TENNYSON
### 3670 NW 32 STREET, LAUDERDALE LAKES, FL 33309
### 954-200-2926          PARKER067@COMCAST.NET

February 19, 2016

The Honorable Kimberly J. Mueller
United States District Judge
United States Courthouse
501 1 Street
Sacramento, CA 95814

    Re: Clorenzo Griffin

Dear Honorable Judge Mueller:

    My name is Velma P. Tennyson. I am president and owner of YoFammy, LLC, a grant-writing and consulting company, and I worked the non-profit and private sector as a Fiscal Assistant for 25 years. I also serve as Pastor of the Friend of GOD Ministry, Inc. in Lauderdale Lakes, Florida, and I am Clorenzo Griffin's mother. The official title is stepmother; I prefer being his mother.

    My husband and I have been married for thirty-six years; Clorenzo is oldest of six. As I compose this letter, I realize it is unlike anything that I have ever written about one of my children. I ask myself if this is really happening. I ask Jesus for answers, solace, and an end to this dilemma. When Clorenzo was a child, I kept him before GOD, I taught, disciplined, prayed for, loved, and thought I was protecting him. I wonder how all went wrong and who let the monsters out. Still Clorenzo was determined to succeed. After college, he taught school, served as a police officer, and finally became a happy, dapper U. S. Marshall. I was a proud momma!

    I understand that Clorenzo has pled guilty to and been convicted of a federal criminal offense. This is not in Clorenzo's character. He is a gentle man who looks for love and validation from those he loves. I will not support Clorenzo in wrong; however, I love and support his efforts for strength to endure until he comes home to us. I want to hug him tight so he knows he is not along, that he has mommy's heart. When I learned what happened, I thanked GOD for saving Clorenzo's life. It could have been worst. In addition, he regrets his actions.

    I am grateful for being a parent who can still pick up the phone and hear their child's voice or read his straggly handwriting in a letter. Howbeit, this situation breaks my heart; even thinking of the lives effected. GOD loves us all. I did not bandage knees, do science projects, attend recitals, wash stinky socks, and spoon-feed veggies to have his important life violated. No one deserves that, every life matters. Clorenzo deeply regrets his actions and he cries a lot, I am concerned that he cannot make it in jail. I know he will never do this again. Judge Mueller, I am sincerely pleading on your court that you give Clorenzo consideration in his sentence and/or offense being reduced; he is relocated closer to home; or, is sent home. Can there be a better solution besides deteriorating in jail? When he was a child, I told him that if he gets into trouble, jail would be better than being on punishment with me. Well, I have changed my mind; I want my baby outside on punishment with me.

# TENNYSON

3670 NW 32 STREET, LAUDERDALE LAKES, FL 33309
954-200-2926          PARKER067@COMCAST.NET

Sincerely,

*[signature]*

Velma P. Tennyson
Clorenzo Griffin's Mother

2/24/16

Dear Your Honor,

I am writing to urge leniency in the sentencing of my relative Clorenzo Mack Griffin.

I have known Clorenzo all his life and this is very hard for me to get this out of my head. This is not the cousin that I know, and I would like to give you a perspective that shows that Clorenzo is more than the sum of his actions on the day he committed the crime.

Clorenzo always been there for me and my five kids, willing to lend a hand when needed and being the big brother, role model in my kids life. Clorenzo would always encourage them to be very successful in life and to respect others and treat people the way you would like to be treated.

Clorenzo has had a very very rough life growing up as a child and adult. Clorenzo watched his mother with different men for sexually acts and drugs, his older brother getting shot and killed at the young age of 16 years old. Clorenzo was raised by his maternal grandmother, and it was hard for her to work and care after him, so Clorenzo later moved with his father and he was very unhappy in that household, because he felt like he wasn't LOVE There.

Clorenzo struggle a long time with self and it with telling that he was sexually abused as a child. Clorenzo never got any help and thought that he could overcome the things that occurred in his life. Clorenzo, has had many deaths in his family that he never got couseling for and that took a big toll on his life starting in the year of 1999, 2000, 2001, 2002, 2003 and these are very close relatives. It was horrible for Clorenzo, and amazingly resilient to have even survived it all.

To this day Clorenzo continues to do all that is in his power to become more self-aware and in control of his actions and reactions.

As you know this is not the first conviction, but his first offense. Given his otherwise clean record as well as his close ties to his family and community that a lesser sentence is most appropriate in this situation.

Clorenzo has asked for forgiveness and I thank God heard the truth of the matter. Clorenzo is a great man of Integrity and Dedicated with Love and Peace.

Sincerely
Tanya Tennyson Brown
*Tanya Tennyson Brown*
1040 NW 25th Way
Fort Laud Fl. 33311

February 23, 2016

The Honorable Kimberly J. Mueller

United States District Judge

United States Courthouse

501 1 Street

Sacramento, California 95814

      RE: Clorenzo Griffin

Dear Judge Mueller:

My name is Susie Gibbs. I am a Revenue Auditor for Pet Supermarket, Inc. for the past 18 years and is currently employed with Pet Supermarket, Inc.

I have known Clorenzo Griffin since the marriage of my oldest sister and Clorenzo's father in 1979. Clorenzo became one of my beloved nephews 36 years ago. Being the youngest sister, I had my share of babysitting Clorenzo, playing games with him, and watching Clorenzo (Renee) grow into his teens. In my family, there were nothing odd about bible study in our home and singing in the church's choir from the youngest to the oldest. Renee was a part of these activities and I know, without a doubt, these activities were embedded into Renee's lifestyle as he grew into adulthood.

I was so proud to learn Clorenzo elected the path of protecting United States by becoming a U.S. Marshall. I felt he wanted to make the world a drug-free and safe place to live. Even though, Clorenzo has pleaded guilty and been convicted of a serious federal criminal offense, I want to believe that his intentions were to find the real wrongdoer behind this mysterious world-wide crime. Unfortunately, his behavior did not result in good judgement. I still believe, the Clorenzo I know, intended to expose such matters that were too big for him to handle. He always wanted to do what was right, which make it hard to believe he took authority into his own hands.

No other times have I heard anything so unfavorable concerning Clorenzo. That's why our family is praying to God to have mercy on Clorenzo. Judge Mueller, in my humblest, respectful way, will you please have mercy on Clorenzo Griffin?

Thank you so much for taking this time to hear my plea for Clorenzo. May God bless your decision in this matter.

Respectfully yours,

*Susie Gibbs*

Susie Gibbs

501 SW 83 Avenue

North Lauderdale, Florida 33068

Cc: Gray Robinson, PA, c/o Brian H. Bieber, 333 SE 2ND Avenue, Suite 3200, Miami, FL 33131

February 17, 2016

The Honorable Kimberley Mueller
United States District Judge
United States Courthouse
501 1 Street
Sacramento CA 95814

Dear Judge:

I am a teacher at Princeton Christian School in Princeton Florida. I have been friends with Clorenzo Griffin since 1999. We both attended the University of Minnesota. I understand that Clorenzo has pleaded guilty and is being charged with a series of Federal Criminal Offenses. I am extremely troubled/shocked by this fact because I've known Clorenzo and his wife for 17 years. I stood as a bridesmaid in his wedding, spoke as a character reference for him when he initially join the Broward County Police Force, as well as his US Marshall appointment.

I know Clorenzo Griffin to be a man of integrity. A hard working dedicated athlete. A doting husband who planned a magical creative movie theater engagement for his wife of 12 years. Clorenzo and his wife opened up their home to me when I was in transition relocating from Wisconsin to Miami Florida. He cooked for me, helped me move several times, we've spent countless dinners, barbecues, and holidays together like family.

Clorenzo's inner character is quiet, gentle, honest, and kind. An incarceration sentence would devastate the structure of his family. His wife Leslie Griffin was the caretaker of her mother Vivian who was diagnosed with stage 5 colon cancer...and sadly enough passed away this past Valentine's Day, Sunday February 14, 2016. She is a lone, and is in dire need of support as she is mourning the loss of her mother. He lost his mother when he was 12 years old, and bounced around from family member to family member. The stability of home is very necessary for a new start. The love and support of family that brings healing to our hurting souls. If given a second chance, I rest assured Clorenzo would make the most of it. He experienced his fair share of tragedy in his life, and I've observed him exhibit a strong sense of resiliency.

Thank you for your time.

With Love

Monica Goedhart
Princeton Christian School Educator

02/04/2016

1990 The Honorable Kimberly J Mueller

United States District Judge

United States Courthouse

501 1 Street

Sacramento, California 95814

Re: Clorenzo Griffin

Dear Judge Mueller: My name is Marie Myers. I am Mr. Clorenzo Griffin's aunt, I live in Atlanta Ga. Sense 1990, I have retired from retail sales. I am a people person. In 2012 I purchase some land and had my house built on it at 3870 Fisher Dr. Smyrna Ga. 30082. I am a grandmother and a great grandmother, I also volunteer at my church weekly. I am grateful to God for all the blessing In my life!

I have known Clorenzo Griffin sense the day he was born, he was born to a young single mother. Clorenzo had to overcome some heavy obstacles in his life at an early age, his mother pass a way, his older brother got shot and killed, just to name a few of his challenges. But in spite of it all, Clorenzo finish high scool and got a scholarship in football and went to college, got married to a wonderful young lady. She has gotten her Doctoring in Education among many achievements most of all Mrs. Leslie Griffin is faithful to her husband.

I know MR. Griffin has pled guilty to and been convicted of a serious federal criminal offense. Judge your honor, I am not asking for justice but I am asking for mercy! I believe in my heart that Clorenzo Griffin is remorseful in his heart and has learned a valuable life lessen. Because of the bad decisions he has regrettably made, he will be all to willingly to tell

his story , to pay it forward to help so many young people our next generation! I think that Clorenzo could make a difference in a positive way by going to

institutions, schools or wherever there is a need for intervention. I do believe Clorenzo would make such a positive difference on the outside then on the inside of the institution!

                                                **Respectfully Yours,**

*Marie Myers*
770-549-3559 - Cell

February 25, 2016

The Honorable Kimberly J. Mueller
United States District Judge
United States Courthouse
501 I Street
Sacramento, California 95814

Re: Clorenzo Griffin

Dear Judge Mueller:

My name is Curtese T. Poole. I am a graduate of the University of Minnesota in Minneapolis Minnesota, and former member of their Golden Gopher football team. I am also a former State Trooper for the Ohio State Highway Patrol. I currently serve as a Building and Student Safety Coordinator in Reynoldsburg, Ohio, for Reynoldsburg City Schools.

I have known Clorenzo Griffin for almost 18 years. In these 18 years Clorenzo and I have been teammates, but more importantly, close friends. We both share similar experiences in our youth lives and most considered us "At-Risk" and without a promising chance for success. Despite our poverty stricken and less then favorable past, we still stood resilient, proud, and with no regret. These similarities uncovered made us strong teammates, and bonded us as "brothers". As young men in college we were there to encourage each other with the same can be said as "College Graduates and Career Men". I accredit a great deal of my success to Clorenzo.

I understand that Clorenzo has plead guilty to a very serious federal criminal offense. To hear such an offense was shocking and depressing. He always been stand-up for his actions and a decision was clearly made in haste, and without a clear and honest voice of reason. I try to live my life without regret, but one thing I truly regret is not being there as a listening ear, or the clear honest and voice of reason for my friend, and my brother, Clorenzo Griffin.

If you were hungry, he would share his food. If you needed a place to stay, he would offer you his bed. If you just needed a listening ear and clear and honest voice of reason, Clorenzo would be that. All of these things I know as true because he has done these for me and I'm sure others as well. Clorenzo is a good man. He is a husband to a wonderful woman and is a great need for his family and friends. With hard work and determination, he defied the odds, overcoming what many could not. And in the midst of success, after never having a chance, Clorenzo made a mistake... A very bad decision. This was decision, I know, he is not proud of and that he will forever regret. And because of who he is, which is a good man, and the good people that surround him that love and support him, a decision like this would never be made again.

Respectfully,

Curtese T. Poole
Columbus, Ohio

February 19, 2016

The Honorable Kimberly J. Mueller
United States District Judge
United States Courthouse
501 1 Street
Sacramento, California 95814

    RE:    Clorenzo Griffin

Dear Honorable Judge Mueller:

My name is Terether A. Prophet. I am a Certified County Court Mediator for the State of Florida and I am currently employed as a Mediation Services Coordinator with the State of Florida's Seventeenth Judicial Circuit for the past 32 years.

I have known Clorenzo ("Renee") Griffin for 35 years as he is my nephew and the son of my brother in-law (married to my sister for 36 years). Clorenzo came into my life when he was age three (3) and what a handsome curly-haired little boy he was. Over the years, I had the joy of watching him grow up quiet, but yet very ambitious. Over the years, Clorenzo faced true challenges as we all have in life. However, he continued pursuing his career goal and I was so PROUD of his awesome accomplishment of becoming a US Marshall.

However and unfortunately, it deeply saddened me when I saw my Renee's picture on the news and I thank God every day that his life was spared. Shockingly, it my understanding that Clorenzo has pled guilty to and been convicted of such serious federal criminal offense. This is definitely NOT the Clorenzo I shared in raising and love so dearly.

At this time Honorable Judge Mueller, I am sincerely hoping and praying on your court that you take all of the above into consideration when rendering your decision concerning Clorenzo Griffin and this matter. To the best of my knowledge, Clorenzo is a gentle soul with a wife, parents, grandparent, siblings, aunts, uncles, and cousins that truly love and need him to the utmost.

Thank you for this opportunity and for your time and interest in "Renee" (Clorenzo Griffin). If you have any further questions, please do not hesitate to contact me at (954) 837-3534 (cell).

Respectfully,

*Terether A. Prophet*
Terether A. Prophet
7701 Southwest 7 Street
North Lauderdale, FL 33068

Cc:    Gray Robinson, PA, c/o Brian H. Beiber, 333 S. E. 2 Avenue, Ste 3200, Miami, FL 33131

February 22, 2016

The Honorable Kimberly J. Mueller
United States District Judge
United States Courthouse
501 1 Street
Sacramento, CA 958144

    Re: Clorenzo Griffin

Dear Judge Mueller:

    My name is Ticonna Purdle. I am an advanced practice nurse licensed in the states of Illinois and Indiana. I currently work as a nursing instructor and family nurse practitioner in a retail health clinic; and have known Clorenzo Griffin for approximately 15 yrs.

    I met Clorenzo Griffin at the University of Minnesota and have maintained a friendship with him throughout the years. However, Clorenzo has been more than a friend to me he has also been a brother. I have spoken with his wife frequently and I know that this case has taken a toll on his mental and physical health. Clorenzo is a family oriented individual who I personally know to be a loving friend, husband, and officer of the law.

    From my understanding Clorenzo has pled guilty to a federal crime and is being convicted of a federal criminal offense. However, this behavior is totally out of his character. Clorenzo has served as a law enforcement professional for many years and was chosen to be a United States Marshal due to his exemplary character. I know that Clorenzo is a good-hearted person and that incarceration would cause further harm to his family, friends, and psyche. I am confident that if given the opportunity to rehabilitate outside of federal prison, Clorenzo will not exhibit any negative behaviors and will not serve as a disappointment to your honor and or the federal court system.

Respectfully yours,

Ticonna Purdle

February 23, 2016

The Honorable Kimberly J. Mueller

United States District Judge

United States Courthouse

501 1 Street

Sacramento, California 95814

    Re: Clorenzo Griffin

Dear Judge Mueller:

    I am Eddie J. Roberson, Jr., Ed.S from Fort Lauderdale, Florida and a product of the Broward County Public School System which I graduated from Boyd Anderson High School. After graduation I served four years in the United States Navy where I participated in Desert Shield and Desert Storm. I then earned my Associate of Arts Degree from Miami Dade Community College. Afterwards I earned a bachelor of Arts Degree in Health and Physical Education from Clark Atlanta University, then I went on to earn a Master of Science Degree in Foundation of Education from Troy State University. Now I am pursuing a Doctorate Degree in Educational Leadership from Argosy University where I attained my Education Specialist Degree from.

    I have known Clorenzo Griffin since his birth in the city of Fort Lauderdale, Florida. Clorenzo late grandmother and my mother were neighbors. Clorenzo has grown up to be like a nephew to me. I am also Clorenzo mentor and business partner. Clorenzo also was a guest speaker at Lithonia High School to talk to my class.

    I understand that Clorenzo Griffin has pled guilty to and been convicted of a serious federal criminal offense. I understand that what Clorenzo Griffin did in California meeting up with those guys and the crime that he did is a federal criminal offense.

    Finally, I am a good person and grew up in the same environment as Clorenzo Griffin did. I believe this was a lapse in judgment and I whole heartily feel that Clorenzo Griffin sentence to incarceration will have a serious and adverse effect on myself and Clorenzo Griffin family. I can assure that Clorenzo Griffin has learned his lesson and will not ever put himself in this type of situation again.

                                             Respectfully your,

                                             Eddie J. Roberson Jr., Ed.S

2/17/2016

Katrina Scaife
3852 Claybrook Drive
Wesley Chapel, FL 33544

The Honorable Kimberly J Mueller
United States District Judge
United States Courthouse
501 1 Street
Sacramento, CA 95814

Re: Clorenzo Griffin

**Dear Judge Mueller:**

My name is Katrina Scaife and I am writing this reference on behalf of Clorenzo Griffin to be presented at Court. I have known Clorenzo Griffin since meeting him at the University of Minnesota-Twin Cities over 15 years ago. Mr. Griffin and I have remained friends since meeting over 15 years ago. Mr. Griffin had dedicated himself to law enforcement once graduating from college and served as a Miami-Dade police officer for several years. Mr. Griffin decided to further his career and dedication to law enforcement by becoming a US Marshal and was on his way to promising career in law enforcement.

I understand that Mr. Griffin has pled guilty to and been convicted of a serious federal crime, which was out of character for Mr. Griffin given his background in law enforcement. I understand that Mr. Griffin was suffering from a Post-Traumatic stress episode during the time the offense was committed. The federal offense brought against Mr. Griffin is serious and I have not spoken to Mr. Griffin since the offense.

I personally know that Mr. Griffin is a good person, a family man and friend, I believe that incarceration will have an adverse effect on Mr. Griffin and his family. Mr. Griffin has suffered many losses during his childhood, and adulthood with his mother being on drugs and his father not being around, which has resulted in his current state of post-traumatic stress. Mr. Griffin has several support systems which include family, friends that could hold him accountable in rehabilitating himself if he is not incarcerated. I am confident that if Mr. Griffin is given the chance to rehabilitate outside of federal prison system, that he would not be involved in this kind of situation again.

Respectfully yours,

*Katrina Scaife*
Katrina Scaife

2/8/16

The Honorable Kimberly J. Mueller
United States District Judge
United States Courthouse
501 1 Street
Sacramento, California 95814

Re: Clorenzo Griffin

Dear Judge Mueller:

My name is Dr. Denese Shelton. I am a licensed dentist practicing in the state of Georgia. I am also a writer.

I have known Clorenzo Griffin for over 15 years. I met him while we were both attending the University of Minnesota. I have known his wife Dr. Leslie Griffin for over 20 years. She is one of my best friends.

I realize and understand fully that Mr. Griffin has pled guilty to and been convicted of a federal criminal offense.

I know Clorenzo Griffin to be a person of integrity, intelligence, compassion and humor. I recognize that he lost his way briefly but I am certain that he has found his way back to the person he really is. I believe that releasing him now and allowing him to use his story to affect change in others will be more advantageous to society as a whole as well as family, friends and the young people whose lives he will change for the better. His wife has been going through a very difficult season dealing with her mom having cancer and would benefit immensely from the support that would come from having her husband back home. I am convinced that he will never go down this path again as he has received the help and will continue to receive the help, love and support that he needs. I thank you for your consideration and attention.

Respectfully yours,

Dr. Denese Shelton

Dr. Denese Shelton