LAW OFFICE OF BENJAMIN RAMOS
Benjamin Ramos (State Bar No. 156643)
705 E. Bidwell, Suite 2-359
Folsom, CA  95630
Telephone: (916) 358-9842
Email: benjamin_ramos@comcast.net

*Attorney for Movant-Defendant,*
CLORENZO GRIFFIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>CLORENZO GRIFFIN,<br><br>               Defendant. | Case No. 2:14-CR-00310-KJM<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE** |

**STIPULATION**

1. Defendant CLORENZO GRIFFIN, through appointed counsel, filed an amendment to his pro se motion for reduction in sentence and compassionate release on May 27, 2020.  Docket No. 86.  The Court ordered the government to respond 30 days after the amended motion was filed.  The government's response was due June 26, 2020, and any reply due 14 days after.  Docket No. 83.

2. The parties stipulated to a new briefing schedule.  The due date for government's opposition or response to Defendant's motion, Docket No. 86, was reset for July 27, 2020; Mr. Griffin's reply, if any, was rescheduled to be filed on or before August 10, 2020.  ECF No. 88.

3. The government's opposition was timely filed July 27, 2020.  ECF No. 90.

- 1 -

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON
DEF'S MOTION FOR REDUCTION IN SENTENCE & COMPASSIONATE RELEASE

4.  Accordingly, by this stipulation, the parties now move that:

   a) The Court stay issuing a ruling in this matter until Mr. Griffin has exhausted his claim for compassionate release to avoid exposure to the coronavirus. Unlike the claims in the original pro se motion, this claim was not presented to the warden and exhausted. It was alleged in the Amendment (ECF No. 86) filed by appointed counsel on May 27, 2020.

   b) After the additional compassionate release claim has been exhausted (which appointed counsel anticipates will be within 30 days), appointed counsel will file supporting documentation to supplement the pro se motion (ECF No. 76) and amendment regarding the newly exhausted compassionate release claim. ECF No. 86.

   c) The government will then have 30 days to respond to the new compassionate release claim.

   d) Mr. Griffin will have 14 days to reply to the government.

   e) Thereafter, the matter will be submitted.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
United States Attorney

Dated: August 4, 2020          */s/ Jason Hitt*
                               JASON HITT
                               Assistant United States Attorney


Dated: August 4, 2020          /s/ *Benjamin Ramos*
                               BENJAMIN RAMOS
                               Counsel for Defendant CLORENZO GRIFFIN

- 2 -

STIPULATION AND ORDER RE: BRIEFING SCHEDULE ON
DEF'S MOTION FOR REDUCTION IN SENTENCE & COMPASSIONATE RELEASE

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

a) The case is stayed pending further exhaustion of Defendant's compassionate release claim based on his health conditions and potential exposure to the coronavirus.

b) After the unexhausted compassionate release claim has been exhausted, Defendant shall file the claim with the Court promptly, no later than 30 days after exhaustion.

c) The government's response shall be due 30 days after the additional claim is filed.

d) Defendant's, reply, if any, will be due 14 days thereafter.

e) The matter will thereafter be submitted.

IT IS SO ORDERED.

DATED: August 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE