PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLORENZO GRIFFIN,<br><br>Defendant. | CASE NO. 2:14-CR-0310-KJM<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [DOCKET NO. 117] |

**STIPULATION**

The United States, by and through Assistant United States Attorney Jason Hitt, and counsel for defendant Clorezno Griffin, Benjamin Ramos, Esq., hereby stipulate and agree to a briefing schedule on defendant's motion for early termination of supervised release filed by defendant Clorenzo Griffin ("defendant"). Docket No. 117.

The proposed schedule is as follows:

        Government's Opposition brief:    July 10, 2023

        Defendant's Reply brief:    July 17, 2023

After briefing is completed, the parties agree that the Court will consider the matter submitted unless the Court elects to hold a hearing at a future date.

IT IS SO STIPULATED.

Dated: June 21, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: June 21, 2023

/s/ *Benjamin Ramos*
BENJAMIN RAMOS, Esq.
Counsel for Defendant
CLORENZO GRIFFIN

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the motion for early termination of supervised release filed by defendant Clorenzo Griffin. Accordingly, the Court ADOPTS the proposed schedule as follows:

        Government's Opposition brief:    July 10, 2023

        Defendant's Reply brief:    July 17, 2023

IT IS SO ORDERED.

DATED: June 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE