IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>       v.<br><br>CLORENZO GRIFFIN,<br><br>                   Defendant. | CASE NO.: 2:14-CR-0310-KJM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [DOCKET NO. 117] |

       Clorezno Griffin ("defendant") filed a motion for early termination of supervised release on May 12, 2023. ECF No. 117.

       The parties thereafter filed a stipulation and Order setting a briefing schedule on June 21, 2023. ECF No. 118. On June 26, 2023, the Court signed the Order affirming the stipulated briefing schedule. ECF No. 119.

       Pursuant to the stipulation and Order, the Government's opposition was due July 10, 2023; defendant's reply was due July 17, 2023. ECF No. 118.

       The parties agreed to submit the matter after briefing unless the Court elected to hold a hearing. ECF No. 118.

       No opposition was filed by the Government on July 10, 2023, nor did the Government seek an extension of time to file opposition.

       In the absence of opposition, defendant filed no reply on July 17, 2023.

The matter was thereafter submitted for decision.

Having reviewed defendant's motion for early termination of supervised release and supporting documentation, the Court GRANTS the motion in the interests of justice. 18 U.S.C. § 3583(e)(1).

Defendant's supervised release is terminated as of the date of this Order.

IT IS SO ORDERED.

DATED: July 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE